IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

KARLA D. ROSADO RIVERA

DEBTOR (s)

CASE NO. 09-07742 SEK 13

CHAPTER 13

**NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE COURT:

COMES NOW, **KARLA D. ROSADO RIVERA** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor has changed her postal address as follows:

   **URB. NOTRE DAME
   CALLE SAN PEDRO D-6
   CAGUAS PR, 00725**

**WHEREFORE**, debtor respectfully requests from this Honorable Court take notice of the foregoing and Order the Clerk's office to amend and correct the aforementioned information.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF

Participant: debtor, Karla D. Rosado Rivera; and to all creditors appearing in the amended master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 23th day of November, 2009.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR PETITIONER
USDC #203614
PO BOX 193677
SAN JUAN PR 00919-3677
TEL 787-744-7699 FAX 787-746-5294
Email: rfigueroa@prtc.net