IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

KARLA D. ROSADO RIVERA      *      CASE NO. 09-07742-SEK

DEBTOR      *      CHAPTER 13

**DEBTOR'S REPLY TO MOTION REQUESTING DISMISSAL
FILED BY RELIABLE FINANCIAL SERVICES, INC**

TO THE HONORABLE COURT:

**COMES NOW KARLA D. ROSADO RIVERA,** debtor in the above captioned case through the undersigned attorney, and very respectfully states and prays as follows:

1. Reliable Financial Services, Inc. filed a Motion Requesting Dismissal dated March 18, 2011, in the present case.

2. The debtor hereby submits that she has filed a post-confirmation modification of Chapter 13 Plan, docket **65**, which Plan cures the arrears.

**WHEREFORE** debtor respectfully requests the Court deny the Motion Requesting Dismissal filed by Reliable Financial Services, Inc. in the above captioned case.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee, Jose R. Carrion Morales, Esq.; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants; debtor, Karla D. Rosado Rivera, in the above captioned case.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this day 12th of May, 2011.

*/s/ Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USCD-PR #203614
PO BOX 193677
SAN JUAN PR 00919-3677
TEL (787)744-7699
FAX (787)746-5294
EMAIL: rfigueroa@prtc.net